**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1356**

CHARLES RAWLINGS,

                Plaintiff _ Appellant,

      v.

CITY OF BALTIMORE; MAYOR AND CITY COUNCIL; DEPARTMENT OF
PUBLIC WORKS,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, District Judge.
(1:12-cv-00446-BEL)

Submitted:  September 27, 2012      Decided:  October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Rawlings, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Rawlings appeals the district court's order denying relief on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rawlings v. Baltimore, No. 1:12-cv-00446-BEL (D. Md. Feb. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED